IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GENERAL GRANT BELL,

    Petitioner,

vs.　　　　　　　　　　　　　　　　　CASE NO. 5:10cv267/RS-EMT

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 4). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This habeas action is dismissed for lack of jurisdiction.

3. A certificate of appealability is **denied**.

4. The clerk is directed to close the file.

**ORDERED** on December 1, 2010.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**